IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENE T. OLNEY and LYNDA OLNEY,<br><br>Defendants. | Civil No. 1:10-cv-01069-OWW-JLT<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO ANSWER** |

Having considered the parties' Joint Request to Extend Time to Answer, and for good cause showing, the Court hereby GRANTS the Request. Defendants shall have to and through October 13, 2010 to answer or otherwise respond to the Plaintiff's Complaint.

IT IS SO ORDERED.

DATED: September 10, 2010        /s/ OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE