IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No. 1:10-cv-01069-OWW-JLT |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| GENE T. OLNEY and LYNDA OLNEY, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal, and for good cause showing, the Court hereby DISMISSES the complaint in the above-captioned action WITH PREJUDICE, each party to bear their respective costs, including attorneys' fees or other expenses of litigation.

**IT IS SO ORDERED.**


DATED: October 15, 2010        /s/ OLIVER W. WANGER
                               United States District Court Judge